FILED: October 14, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-2188
(1:16-cv-02783-JFM)

_____

AMBER BEN-DAVIES

    Plaintiff - Appellant

v.

BLIBAUM & ASSOCIATES, P.A.

    Defendant - Appellee

---

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Baltimore |
|---|---|
| Originating Case Number | 1:16-cv-02783-JFM |
| Date notice of appeal filed in originating court: | 10/12/2016 |
| Appellant (s) | AMBER BEN-DAVIES |
| Appellate Case Number | 16-2188 |
| Case Manager | Emily Musser<br>804-916-2704 |