

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Catherine Stavlas, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

Reply to Northern Division Address

August 1, 2017

Bessie M. Decker, Clerk
Court of Appeals of Maryland
361 Rowe Blvd.
Annapolis, MD 21401

RE:   Ben-Davies v. Blibaum & Associates, P.A., JFM-16-2783
      Moore v. Blibaum & Associates, P.A., JFM-16-3546

Dear Ms. Decker:

Enclosed is a Certification Order issued in the above captioned cases, along with seven certified copies and a certified copy of the record for each case, as required by Maryland Rule 8-305.  A check for the $61.00 filing fee will be mailed separately from the U.S. Treasury Department within 3 to 5 business days from receipt of this letter.  If you need any further information about this case, please contact me at (410) 962-3983.

Sincerely,

____/s/_____
Holly M. Lee
Deputy Clerk

Encls.

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov